Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque – State Bar No. 219977
Jonathan D. Alvanos – State Bar No. 276206
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
rgoe@goeforlaw.com
elarocque@goeforlaw.com
jalvanos@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed General Counsel for Todd A. Frealy
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>HN ENGINEERING, INC.,<br><br>Debtor. | Case No. 6:11-bk-36779-CB<br><br>Chapter 7 Proceeding<br><br>**NOTICE OF HEARING ON MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO:**<br>**(1) EMPLOY POPE'S ANTIQUES & AUCTIONS, INC. AS AUCTIONEER;**<br>**(2) SALE OF PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF INTERESTS;**<br>**(3) ABANDONMENT OF PERSONAL PROPERTY NOT SOLD AT AUCTION AND ABANDONMENT AND DESTRUCTION OF BOOKS AND RECORDS**<br><br>[11 U.S.C. §§ 327, 363, 554; Federal Rules of Bankruptcy Procedure 2014, 6004, Local Bankruptcy Rule 2014-1(b) and 9013-1(o)]<br><br>Date:       October 5, 2011<br>Time:      11:00 a.m.<br>Place:      Courtroom 303<br>               3420 Twelfth Street<br>               Riverside, CA 92501 |

1

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that **Todd A. Frealy, Chapter 7 trustee ("Trustee")**, of the estate of HN Engineering, Inc. ("Debtor"), hereby files his Motion for Order (1) Authorizing Employment of Pope's Antiques & Auctions, Inc. As Auctioneer ("Pope"/"Auctioneer"); (2) Authorizing Sale of Personal Property of the Estate Free and Clear of Interests; and (3) Authorizing Abandonment of Personal Property Not Sold At Auction and Abandonment and Destruction of Books and Records ("Motion").

By the Motion, Trustee requests the Court enter its Order authorizing Trustee, pursuant to 11 U.S.C. § 327 and Rule 2014 (a) of the Federal Rules of Bankruptcy Procedure, to employ Pope, including its members, and associates, as its Auctioneer in such amounts as the Court may hereafter allow in accordance with law.

The Trustee has recovered and secured significant amounts of personal property located at the Debtor's real property commonly known as 10406 Enterprise Avenue, Rancho Cucamonga, California 91730 (the "Real Property"). The personal property the Debtor's Schedule B includes, but is not limited to: (1) Personal Property (as defined below); (2) tools; (3) inventory; (4) office equipment; and (5) various other items (collectively, the "Personal Property").

The Trustee seeks authority to sell the Personal Property, and to employ Pope to sell the Personal Property on behalf of the estate. There will be no "Buyers Premium". The Auctioneer will obtain a separate bond for this particular auction. The Auctioneer estimates that the Personal Property has an auction value of $40,000 to $60,000. Pursuant to Debtor's Schedules and the UCC-1 lien search conducted, the Trustee does not believe the Personal Property is encumbered by any liens. If this Application is approved, the Auctioneer will sell the Personal Property on October 15, 2011 at 11:00 a.m., at the Real Property where all of the Personal Property is currently located.

Additionally, the Trustee seeks authority to abandon the Personal Property pursuant to 11 U.S.C. § 554, without further order of this Court, if any such Personal Property cannot be sold by the Auctioneer and to abandon and destroy books and records.

**WHEREFORE**, the Trustee prays that this Court enter an order:

1. Approving the Trustee's employment of Pope's Antiques & Auctions, Inc. as auctioneer on the terms set forth herein;

2. Authorizing the Trustee, through the Auctioneer, to sell and auction the Personal Property for the benefit of the Debtor's bankruptcy estate, free and clear of liens and interests;

3. Authorizing an Auctioneer's commission of 25% of the net sale price after payment of any liens (but payment of such only after approval of the Report of Sale on Trustee's declaration);

4. Authorizing the Trustee to reimburse the Auctioneer for the cost of obtaining the individual bond for this case;

5. Authorizing the Trustee to abandon the Personal Property pursuant to 11 U.S.C. § 554, without further order of this Court, if they cannot be sold by the Auctioneer and to abandon and destroy books and records;

6. Providing that the notice given by the Trustee in connection with the Application/Motion which is filed concurrently herewith, is adequate, sufficient, proper and complies with all applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure; and

7. Granting such other and further relief as is just and appropriate.

To the best of Trustee's knowledge Pope does not have any connection with the United

States Trustee or Debtor, nor does Pope have any connections with Debtor's creditors, or any other party in interest, or its respective attorneys or accountants. Pope is a disinterested person within the meaning of 11 U.S.C. § 101(14). Furthermore, Pope does not have an interest adverse to Debtor's estate in accordance with 11 U.S.C. §327. Pope is not a creditor of the estate and is not owed any funds by Debtor. None of the members or associates comprising or employed by Pope is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee. Pope has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the Auctioneer fees or expenses awarded to Pope will be paid to any other entity. Pope will not receive a retainer in this case. The employment of Pope is in the best interest of the Trustee and the estate.

**IF YOU DO NOT OPPOSE THE MOTION DESCRIBED ABOVE, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, OBJECTIONS MUST BE FILED WITH THE COURT NO LATER THAN FOURTEEN (14) DAYS PRIOR TO THE HEARING ON THE MOTION. YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT 3420 TWELFTH STREET, RIVERSIDE, CA 92501. YOU MUST ALSO SERVE A COPY OF YOUR OBJECTION TO THE MOTION UPON COUNSEL FOR DEBTOR AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT HAND CORNER OF THE FIRST PAGE OF THIS MOTION, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE AT 3685 MAIN STREET, SUITE 300, RIVERSIDE, CA 92501.**

DATED: September 14, 2011                     Respectfully submitted by:

                                                         **GOE & FORSYTHE, LLP**

                                                         By: /s/Robert P. Goe_____
                                                             Robert P. Goe,
                                                              Proposed General Counsel for
                                                             Todd A. Frealy, Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO: (1) EMPLOY POPE'S ANTIQUES & AUCTIONS, INC. AS AUCTIONEER; (2) SALE OF PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF INTERESTS; (3) ABANDONMENT OF PERSONAL PROPERTY NOT SOLD AT AUCTION AND ABANDONMENT AND DESTRUCTION OF BOOKS AND RECORDS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Todd A. Frealy (TR) taftrustee@lnbyb.com, tfrealy@ecf.epiqsystems.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Martha A Warriner mwarriner@rhlaw.com

II. **SERVED BY** ☒**U.S. MAIL OR** ☐**OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 14, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY** ☒**PERSONAL DELIVERY,** ☐**FACSIMILE TRANSMISSION OR** ☐**EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 14, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- The Honorable Catherine Bauer, USBC, 3420 Twelfth Street, Riverside, CA 92501

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2011 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

HN Engineering, Inc.
10406 Enterprise Street
Rancho Cucamonga, CA 91730-5822

Riverside Division
3420 Twelfth Street
Riverside, CA 92501-3819

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Acmate, LLC
1539 Hunter Road
Hanover Park, IL 60133-6754

Acorn Paper Products Co
3686 E. Olympic Blvd.
Los Angeles, CA 90023-3193

Adams Campbell Co
15343 Proctor Avenue
City of Industry, CA 91745-1022

Aeronet
20437 S. Western Avenue
Torrance, CA 90501-1506

Air Liquide
America Specialty Gasses, LLP
8832 Dice Road
Santa Fe Springs, CA 90670

B&W Industrial Sales Co, Inc.
1065 Hamilton Road
Duarte, CA 91010-2743

**Brisk Tabor a.s.**
**Vozicka 2068**
**Tabor, Czech Republic 390 02**

Cbeyond Communications, LLC
320 Interstate North Parkway #300
Atlanta, GA 30339-2205

Charles K. Wolhaupter, Trustee
PO Box 425
Malibu, CA 90265-0425

Chevron & Texaco Business Card
PO Box 921729
Norcross, GA 30010-1729

CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117-6235

Cucamonga Valley Water District
10440 Ashford Street
PO Box 638
Rancho Cucamonga, CA 91729-0638

Dacor Print Center
14425 Clark Avenue
City of Industry, CA 91745-1235

Daisy
8575 Red Oak Avenue
Rancho Cucamonga, CA 91730-4823

**Eastcasting Co., LTD**
**107, Xiao Wen Street**
**Ningbo, China 00031-5010**

Employment Development Department
State of CA/Sp Proc
PO Box 826880
Sacramento, CA 94280-0001

EuroKera North America, Inc.
140 Southchase Blvd.
Fountain Inn, SC 29644-9020

Franchise Tax Board
Headquarters Compliance
Sacramento, CA 95867-0001

Golden Eagle Insurance
PO Box 85834
San Diego, CA 92186-5834

**Grand Gas Equipment, Inc.**
**28, Kung-1 Road**
**Youth Industrial Park**
**Tachia**
**Taichung, Taiwan 00437-0000**

Harold A. Peterson Accountancy
Corp.
3460 Atlantic Avenue
Long Beach, CA 90807-3418

Horst Uwe Harneit
PO Box 191
Amargosa Valley, NV 89020-0191

Howard N. Gould
Finestone & Richter, APC
1875 Century Park East
Suite 1500
Los Angeles, CA 90067-2516

IPFS Corporation
22102 17th Avenue SE, Suite 202
Bothell, WA 98021-7431

Ideal Comfort, Inc.
9836 6th Street
Rancho Cucamonga, CA 91730-5714

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jyi Tay Yu Industrial Corp**
**No. 6 Lane 15, Sec 3**
**Chongcing S. Road**
**Jhongjheng District**
**Taipei City Taiwan**

| | | |
|---|---|---|
| **Leu Hsiang Fa Enterprise Co, LTD**<br>**No. 25, Gong 9th Road**<br>**Linkou Township**<br>**Taipei County, Taiwan ROC 00244-000** | **Manshingo International LTD (ecfit)**<br>**Room 904 9/F  38 Plaza**<br>**39 Shantung Street**<br>**Mong Kok, Hong Kong** | Marmon/Keystone LLC<br>1345 East Lexington Avenue<br>PO Box 2128<br>Pomona, CA 91769-2128 |
| Martha A. Warriner<br>Reid &B Hellyer<br>PO Box 1300<br>Riverside, CA 92502-1300 | Maxitrol Company<br>PO Box 2230<br>Southfield, MI 48037-2230 | McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 |
| Office of the US Trustee<br>3685 Main Street, Suite 300<br>Riverside, CA 92501-2804 | **Peveko, spol. Sr.o.**<br>**Pivovarska 545**<br>**CZ-68601 Uherske Hradiste**<br>**Czech Republic** | Potts & Associates, Inc.<br>PO Box 93993<br>Pasadena, CA 91109-3993 |
| R.S. Hughes Co.<br>880 Columbia Avenue, #3<br>Riverside, CA 92507-2159 | R/D Spring & Stamping, Inc.<br>5757 Chino Avenue<br>PO Box 2875<br>Chino, CA 91708-2875 | Rancho Disposal Services, Inc.<br>Burrtec Waste Industries, Inc.<br>9820 Cherry Avenue<br>Fontana, CA 92335-5202 |
| **Schmidtmayr Sorgo Wanke**<br>**Ledererhof 2**<br>**Wien, Austria 01010-0000** | So California Edison Co<br>PO Box 300<br>Rosemead, CA 91772-0001 | Staples Advantage<br>Dept. LA<br>PO Box 83689<br>Chicago, IL 00606-9689 |
| State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279-0001 | T-Mobile<br>PO Box 51843<br>Los Angeles, CA 90051-6143 | Treasurer – Collector<br>San Bernardino County<br>172 West Third Street<br>San Bernardino, CA 92415-0320 |
| **U-Jin Porcelain Enamel, LTD**<br>**312-12 Deuksan-Dong**<br>**Asan**<br>**Chungnam, Korea 336-120** | United States Trustee (RS)<br>3685 Main Street, Suite 300<br>Riverside, CA 92501-2804 | Verizon Wireless<br>7000 Central Avenue SW<br>Albuquerque, NM 87121-2096 |
| Worldwide Express<br>300 Great Oaks Blvd., Suite 322<br>Albany, NY 12203-7935 | Todd A. Frealy (TR)<br>3403 Tenth Street, Suite 709<br>Riverside, CA 92501-3641 | |